```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22716
   LYDIA ROCHELLE JONES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6433

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/15/2004 and was confirmed 09/15/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.63%.

    The case was paid in full 02/26/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
NATIONWIDE COMMERCIAL LP  SECURED            8100.00       1314.26       8100.00
NATIONWIDE COMMERCIAL LP  UNSECURED OTH       779.76          .00         281.58
O'CONNER QUALITY HYUNDAI  SECURED             600.00         47.24        600.00
AMERICASH LOANS LLC       UNSECURED           297.43          .00         108.94
BLOCKBUSTER VIDEO         UNSECURED        NOT FILED          .00            .00
BLOCKBUSTER VIDEO         NOTICE ONLY     NOT FILED          .00            .00
CITIZENS BANK             UNSECURED          3190.59          .00        1168.62
CITY OF CHICAGO PARKING   UNSECURED           820.00          .00         300.34
CITY OF CHICAGO           NOTICE ONLY     NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED          1484.15          .00         543.60
AT & T BANKRUPCTY         UNSECURED OTH       845.06          .00         260.94
MONEY MARKET PAYDAY EXPR  UNSECURED        NOT FILED          .00            .00
ONE IRON VENTURE          UNSECURED        NOT FILED          .00            .00
OSCO DRUG                 UNSECURED        NOT FILED          .00            .00
AMERITECH                 UNSECURED        NOT FILED          .00            .00
SEARS DENTAL              UNSECURED        NOT FILED          .00            .00
SEARS DENTAL              NOTICE ONLY     NOT FILED          .00            .00
ST FRANCIS HOSPITAL HEAL  UNSECURED        NOT FILED          .00            .00
SUN CASH                  UNSECURED        NOT FILED          .00            .00
TCF NATIONAL BANK         UNSECURED        NOT FILED          .00            .00
T-MOBILE BANKRUPTCY       UNSECURED          2657.19          .00         973.25
ZALUTSKY & PINSKI LTD     UNSECURED        NOT FILED          .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                          957.80
DEBTOR REFUND             REFUND                                           382.25

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 17,738.82


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 22716 LYDIA ROCHELLE JONES
```

```
PRIORITY                                                              .00
SECURED                                                          8,700.00
    INTEREST                                                     1,361.50
UNSECURED                                                        3,637.27
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                               957.80
DEBTOR REFUND                                                      382.25
                                    ---------------      ---------------
TOTALS                                    17,738.82            17,738.82
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 11/20/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE


                              PAGE   2
           CASE NO. 04 B 22716 LYDIA ROCHELLE JONES